UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF FLORIDA
GAINESVILLE DIVISION

LEVI J GRIFFIN,

    PETITIONER,

-vs-                                      Case No. 1:15-cv-00132-WTH-GRJ

FLORIDA DEPARTMENT OF CORRECTIONS,

    RESPONDENT.
_____/

## **O R D E R**

This cause comes on for consideration upon the Magistrate Judge's Report and Recommendation ECF No. 17. The parties have been furnished a copy of the Report and Recommendation and have been afforded an opportunity to file objections pursuant to Title 28, United States Code, Section 636(b)(1). The time for filing objections has passed, and none have been filed.

Having considered the Report and Recommendation, I have determined that the Report and Recommendation should be adopted.

Accordingly, it is hereby

ORDERED AND ADJUDGED:

    1.    The Magistrate Judge's Report and Recommendation is adopted and incorporated by reference in this order.

2. The Clerk shall enter a judgment stating: "The petition for a writ of habeas corpus pursuant to 28 U.S.C. § 2254, ECF No. 1, is DENIED, and a Certificate of Appealability is DENIED." The Clerk is directed to close the file.

DONE and ORDERED at Gainesville, Florida this 25th day of October, 2017.

*[signature]*

UNITED STATES DISTRICT JUDGE